FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0521

PLANNED PARENTHOOD OF MONTANA, and JOEY BANKS, M.D.,
On behalf of themselves and their patients,

      Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official
capacity as Attorney General,

      Defendant and Appellant.

## ORDER

On Appeal from the Montana Thirteenth Judicial District Court,
Yellowstone County, the Honorable Michael G. Moses, Presiding.

_____

Upon consideration of *Amici Curiae* Center for Reproductive Rights, ACLU of

Montana Foundation, and National Women's Law Center's Motion for Leave to

Participate as *Amici Curiae*, it is hereby ORDERED that the Motion is

GRANTED. *Amici Curiae* shall file their brief on March 24, 2022.

      SO ORDERED _____ day of _____, 202__.


                              _____


                              _____


                              _____

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 22 2022